**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| CHARLES HULL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CLARITY DEBT RESOLUTION, INC.,<br><br>Defendant. | Case No.: 1:25-cv-1149 |

# DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Charles Hull, by and through his undersigned counsel, and pursuant to Rule 41 of Federal Rules of Civil Procedure and hereby dismisses his individual claims in Plaintiff's Class Action Complaint with prejudice, with any potential claims of the putative class members being dismissed without prejudice and with each party to bear its own costs and expenses.

BUTSCH ROBERTS & ASSOCIATES LLC

*/s/ Christopher E. Roberts*
Christopher E. Roberts #61895MO/PRID 2658589
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
Telephone: (314) 863-5700
croberts@butschroberts.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2025, a copy of the foregoing was filed electronically through the Court's electronic filing system to be served electronically on al counsel of record through the Court'

*/s/ Christopher E. Roberts*